# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

ERIC BOWERS,

   Plaintiff,

v.

LIONHEART CONTRACTING, LLC, *et al.*,   Cause No. 4:21-cv-00718-WBG

   Defendants.

## JOINT STIPULATION FOR DISMISSAL

COME NOW the Plaintiff Eric Bowers and the Defendant Lifted Logic Farms, LLC, by their undersigned counsels, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and state that the above-captioned matter should be *dismissed with prejudice* with each party to bear its own attorneys' fees and costs.

         Respectfully submitted,

| | |
|---|---|
| **VOYTAS LAW, LLC** | **HOVEY WILLIAMS LLP** |
| By: /s/ Richard A. Voytas, Jr. | By: /s/ Scott R. Brown (w/consent) |
| Richard A. Voytas, #52046 | Scott R. Brown, #51733 |
| 7321 S. Lindbergh Blvd., Ste 101 | 10801 Mastin Boulevard, Suite 1000 |
| St. Louis, MO 63125 | 84 Corporate Woods |
| Phone: (314) 380-3166 | Overland Park, Kansas 66210 |
| Email: rick@voytaslaw.com | Phone: (913) 647-9050 |
| | Email: sbrown@hoveywilliams.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Western District of Missouri, this 25th day of January, 2022, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Richard A. Voytas, Jr.