**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **ERIC BOWERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 21-00718-W-CV-WBG** |
| | ) | |
| **LIONHEART CONTRACTING,** | ) | |
| **LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER OF DISMISSAL

On January 25, 2022, all parties who have appeared in this matter filed a Joint Stipulation of Dismissal. Doc. 13. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITH PREJUDICE** with each party to bear his/its costs and fees.

IT IS SO ORDERED.

DATE: January 28, 2022          */s/ W. Brian Gaddy*
                                      W. BRIAN GADDY
                                      UNITED STATES MAGISTRATE JUDGE